UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
CHANIE FRIEDMAN, on behalf of herself
And all others similarly situated,

                                            RULE 7.1 DISCLOSURE

       Plaintiff(s),

  -against-                            DOCKET NO. 08 CV 0971
                                                (Karas, J)
AFNI, INC.,

       Defendant(s).

------------------------------------------x

Defendant, AFNI, INC., by its attorney, MEL S. HARRIS AND ASSOCIATES, LLC, alleges that the defendant has no publicly traded parent companies.

Dated: February 21, 2008

                                           _____
                                           MEL S. HARRIS AND ASSOCIATES LLC
                                           By: Arthur Sanders (as1210)
                                           Attorneys for defendant
                                           5 Hanover Square, 8th Floor
                                           New York, NY 10004
                                           212-660-1050